# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

Michael Jankowski
                                        Plaintiff,

v.                                                      Case No.: 1:25−cv−07212
                                                        Honorable Edmond E. Chang

Loyola University Chicago, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2025:

  MINUTE entry before the Honorable Edmond E. Chang: The unopposed extension motion to file the joint initial status report [14] is granted to 09/26/2025. Defendant Loyola's deadline to respond to the complaint is extended to 09/12/2025. The tracking status hearing of 08/08/2025 is reset to 09/19/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.