**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL JANKOWSKI, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 25-cv-07212 |
| v. | ) |
| | ) |
| LOYOLA UNIVERSITY CHICAGO and | ) |
| MICHAEL BEHNAM, | ) HONORABLE |
| | ) EDMOND E. CHANG |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANTS' MOTION TO DISMISS
COUNTS III AND IV OF PLAINTIFF'S COMPLAINT**

Defendants, Loyola University of Chicago (incorrectly identified as "Loyola University Chicago") ("Loyola") and Michael Behnam ("Dr. Behnam") (collectively, "Defendants"), by and through their undersigned counsel, Kirsten A. Milton and Jacqueline Brown of Jackson Lewis P.C., hereby move to Dismiss Counts III and IV of Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and (1) for the reasons set forth in the accompanying Memorandum of Law.

1. Plaintiff filed his Complaint ("Complaint") on June 27, 2025. (Dkt. 1.)

2. On September 11, 2025, Defendants filed an unopposed motion for an extension of time to answer or otherwise plead in response to the Complaint. (Dkt. 17.)

3. On September 12, 2025, the Court granted Defendants' unopposed extension motion to respond to the Complaint, requiring a response by Defendants on September 19, 2025. (Dkt. 18.)

1

4. Pursuant to the Court's rules, on September 19, 2025, the undersigned counsel conferred with Plaintiff's counsel regarding Defendants' Motion to Dismiss Counts III and IV of Plaintiff's Complaint. Plaintiff's counsel has indicated that the motion is contested.

5. Plaintiff's Complaint asserts four counts: (1) hostile work environment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. ("Title VII") (Count I, against Loyola); (2) retaliation in violation of Title VII (Count II, against Loyola); (3) age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621, et seq. ("ADEA") (Count III, against Loyola); and (4) intentional infliction of emotional distress ("IIED") under Illinois law (Count IV, against Loyola and Dr. Behnam). Counts III and IV fail to state a cognizable claim.

6. Plaintiff's ADEA claim (Count III against Loyola) should be dismissed because Plaintiff does not plead sufficient facts to state a claim. Plaintiff does not sufficiently allege that any similarly situated, substantially younger employees were treated more favorably, nor does he allege facts showing that any alleged adverse actions were taken because of his age.

7. Plaintiff's IIED claim (Count IV against Loyola and Dr. Behnam) should be dismissed as it is preempted by the Illinois Human Rights Act because it is derivative of Plaintiff's workplace discrimination allegations. Even if not preempted, the Complaint does not allege conduct rising to the level of "extreme and outrageous" behavior required to state an IIED claim, nor facts showing Defendants acted with intent to cause severe emotional distress.

8. Defendants move to dismiss Counts III and IV of Plaintiff's Complaint for all of the above-stated reasons, and for the reasons stated in its Memorandum of Law in support of this Motion, which is incorporated in this Motion as if fully restated herein.

WHEREFORE, for all the reasons stated herein, as well as in Defendants' accompanying Memorandum of Law in support of this Motion, Loyola respectfully requests that the Court grant this Motion and dismiss Plaintiffs' Complaint for Counts III and IV and with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6) and (1).

Dated: September 19, 2025

Respectfully submitted,

**LOYOLA UNIVERSITY CHICAGO and MICHAEL BEHNAM**

By: /s/Kirsten A. Milton
      One of Their Attorneys

Kirsten A. Milton
Jacqueline Brown
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel.: 312.787.4949
Fax: 312.787.4995
Kirsten.Milton@jacksonlewis.com
Jacqueline.Brown@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I, Jacqueline Brown, an attorney, certify that on September 19, 2025, I caused a true and correct copy of the attached *Defendants' Motion to Dismiss Counts III and IV of Plaintiff's Complaint* to be served to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served on all attorneys of record registered with the Court's ECF/CM system.

                                                */s/ Jacqueline Brown*
                                                One of Defendants' Attorneys